| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  JUSTICE SAND CO., INC.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  76 – 0587830

**4. Debtor's address**

**Principal place of business**
19216 TX-35
Number       Street

Sweeny, TX 77480
City              State   ZIP Code

Brazoria
County

**Mailing address, if different from principal place of business**
Number       Street

P.O. Box

City              State   ZIP Code

**Location of principal assets, if different from principal place of business**
Number       Street

City              State   ZIP Code

**5. Debtor's website (URL)**  www.justicesandco.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor      JUSTICE SAND CO., INC.                                                                Case number *(if known)*
                Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐  Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  2  3  8  9 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐  Chapter 7<br>☐  Chapter 9<br>☑  Chapter 11. *Check **all** that apply:*<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐  Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                                          MM / DD / YYYY<br>            District _____  When _____  Case number _____<br>                                                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>            District _____  When _____<br>                                                          MM / DD / YYYY<br>            Case number, if known _____ |

Debtor  JUSTICE SAND CO., INC.          Case number *(if known)* _____
        Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number    Street<br>  _____<br>  _____  ____  _____<br>  City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                                ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **3**

Debtor  JUSTICE SAND CO., INC.  
      Name

Case number *(if known)* _____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2023  
              MM/ DD/ YYYY

X  /s/ Rush Claxton  
Signature of authorized representative of debtor

Rush Claxton  
Printed name

Title  President

**18. Signature of attorney**

X  /s/ Robert C Lane  
Signature of attorney for debtor

Date  05/08/2023  
      MM/ DD/ YYYY

Robert C Lane  
Printed name

The Lane Law Firm  
Firm name

6200 Savoy Dr Ste 1150  
Number      Street

Houston     TX     77036-3369  
City     State     ZIP Code

(713) 595-8200       notifications@lanelaw.com  
Contact phone       Email address

24046263       TX  
Bar number       State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JUSTICE SAND CO., INC. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BottomLine Equipment LLC<br>PO Box 81217<br>Lafayette, LA 70598 | | Equipment Rental Deficiency from Lawsuit | Disputed | | | $35,328.45 |
| 2 | Equipment Solutions, LLC<br>PO Box 89<br>El Campo, TX 77437 | | Appraisal Projection (lawsuit) | | | | $10,671.00 |
| 3 | Lehigh Hanson Materials South LLC<br>PO Box 412345<br>Boston, MA 02241-2345 | | Materials (Lawsuit) | Disputed | | | $365,090.83 |
| 4 | Midtex Materials LLC<br>PO Box 187<br>Fayetteville, TX 78940 | | Lawsuit | Disputed | | | $129,158.88 |
| 5 | Moffitt Holdings, LLC dba Moffitt Services<br>17302 House Hahl Road Suite 211<br>Cypress, TX 77433 | | Materials | Disputed | | | $89,037.11 |
| 6 | Mulligan Funding, LLC<br>4715 Viewridge Ave Suite 100<br>San Diego, CA 92123 | | Merchant Cash Advance | Disputed | | | $338,075.22 |
| 7 | Naegeli<br>7201 Easthaven Blvd<br>Houston, TX 77017-6597 | | Transportation of Equipment | | | | $25,045.00 |
| 8 | NAPA Auto & Truck Parts<br>2201 7th Street<br>Bay City, TX 77414 | | Auto Parts | | | | $8,312.46 |

Debtor    JUSTICE SAND CO., INC.    Case number *(if known)* _____
              Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PNC Bank<br>PO Box 10566<br>Birmingham, AL 35296 | | | | $10,000.00 | $8,000.00 | $2,000.00 |
| 10 | Romco Equipment<br>8450 Breen Road<br>Houston, TX 77064 | | Equipment Rental Deficiency from Lawsuit | | | | $15,397.75 |
| 11 | Sunbelt Rentals/Angleton<br>PO Box 409211<br>Atlanta, GA 30384-9211 | | Equipment Rental Deficiency from Lawsuit | | | | $17,558.12 |
| 12 | Tiger Industrial Rentals, LLC<br>1870 Louisiana St.<br>Beaumont, TX 77701 | | Equipment Rental Deficiency | | | | $8,702.49 |
| 13 | U.S. Small Business Administration<br>1545 Hawkins Blvd 202<br>El Paso, TX 79925 | | Business Loan | | | | $150,000.00 |
| 14 | United Rentals<br>PO Box 84514<br>Dallas, TX 75284 | | Equipment Rental Deficiency from Lawsuit | Disputed | | | $133,637.46 |
| 15 | US Bank National Association DBA US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | | | | | | $153,657.09 |
| 16 | Vulcan<br>PO Box 849131<br>Dallas, TX 75284-9131 | | Materials (Lawsuit) | Disputed | | | $317,145.29 |
| 17 | Waste Masters of Texas LLC<br>PO Box 1324<br>Manvel, TX 77578 | | Trash Haul Off (lawsuit) | | | | $16,454.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**  JUSTICE SAND CO., INC.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................... $52,500.00

   Prior to the filing of this statement I have received ................................................................... $30,000.00

   Balance Due ................................................................................................................................ $22,500.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 05/08/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **JUSTICE SAND CO., INC.**　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　05/08/2023　　　Signature　　　　　　　　　　／s/ Rush Claxton
　　　　　　　　　　　　　　　　　　　　　　　Rush Claxton, President

ALLY BANK
C/O AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

ALLY BANK
PO BOX 380902
MINNEAPOLIS, MN 55438-0902

AMA RECOVERY GROUP
3131 EASTSIDE STREET 350
HOUSTON, TX 77098

ARSI
555 ST CHARLES DRIVE 100
THOUSAND OAKS, CA 91360

ASCENTIUM CAPITAL
23970 US-59
KINGWOOD, TX 77339

BELL NUNNALLY & MARTIN LLP
2323 ROSS AVENUE SUITE 1900
DALLAS, TX 75201

BOTTOMLINE EQUIPMENT LLC
PO BOX 81217
LAFAYETTE, LA 70598

CATERPILLAR FINANCIAL SERVICES CORP.
2120 WEST END AVENUE
NASHVILLE, TN 37203

CITIBANK
10201 CENTURION PARKWAY 100
JACKSONVILLE, FL 32256


RUSH CLAXTON
832 CR 442
PALACIOS, TX 77465


COMMUNITY BANK OF TEXAS
5999 DELAWARE ST
BEAUMONT, TX 77706-7607


DE LAGE LANDEN FINANCIAL
SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


DUCKETT, BOULINGY &
COLLINS, LLP
PO BOX 1567
EL CAMPO, TX 77437


EQUIFY FINANCIAL, LLC
777 MAIN STREET 3900
FORT WORTH, TX 76102


EQUIPMENT SOLUTIONS, LLC
PO BOX 89
EL CAMPO, TX 77437


FORD MOTOR CREDIT
PO BOX 650574
DALLAS, TX 75265-0575

FREEDMAN, PRICE & ANZIANI, PC
1102 WEST AVENUE 200
AUSTIN, TX 78701


GIESE & GUNN LLP
107 WEST CROCKETT STREET A
LA GRANGE, TX 78945


GRIFFIN & MATTHEWS
400 NECHES
BEAUMONT, TX 77701


GULF COAST STABILIZED MATERIALS, LLC
300 E. JOHN CARPENTER FREEWAY, 12TH FLOOR
IRVING, TX 75062


HICKS LAW GROUP
325 N ST. PAUL STREET 4400
BATESVILLE, AR 72501


INGOLD LAW, PLLC
5555 MAIN STREET
BUFFALO, NY 14221


JUSTICE SAND CO., INC.
19216 TX-35
SWEENY, TX 77480


KELLY ALLEN AS REPRESENTATIVE OF THE ESTATE OF STEVEN A SYMM
C/O RANDY E MOORE
#7 WEST WAY COURT SUITE C
LAKE JACKSON, TX 77566

LAURIE A LANDRY MUNOZ,
ATTORNEY AT LAW
4950 BISSONNET STREET A
BELLAIRE, TX 77401


LEAF CAPITAL FUNDING, LLC
2005 MARKET STREET, 14TH FLOOR
PHILADELPHIA, PA 19103


LEE ELMS ATTORNEY
2702 TREBLE CREEK
SAN ANTONIO, TX 78257-4996


LEHIGH HANSON MATERIALS
SOUTH LLC
PO BOX 412345
BOSTON, MA 02241-2345


MIDTEX MATERIALS LLC
PO BOX 187
FAYETTEVILLE, TX 78940


MITSUBISHI HC CAPITAL
AMERICAN INC
7808 CREEKRIDGE CIRCLE 250
MINNEAPOLIS, MN 55439


MOFFITT HOLDINGS, LLC DBA
MOFFITT SERVICES
17302 HOUSE HAHL ROAD SUITE 211
CYPRESS, TX 77433


MULLIGAN FUNDING, LLC
4715 VIEWRIDGE AVE SUITE 100
SAN DIEGO, CA 92123

NAEGELI
7201 EASTHAVEN BLVD
HOUSTON, TX 77017-6597


NAPA AUTO & TRUCK PARTS
2201 7TH STREET
BAY CITY, TX 77414


ORGAIN BELL & TUCKER, LLP
PO BOX 1751
BEAUMONT, TX 77704


PNC BANK
PO BOX 10566
BIRMINGHAM, AL 35296


ROMCO EQUIPMENT
8450 BREEN ROAD
HOUSTON, TX 77064


SUNBELT RENTALS/ANGLETON
PO BOX 409211
ATLANTA, GA 30384-9211


TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

THE LAW OFFICES OF MARK A
KIRORSKY
1119 W. SOUTHERN AVENUE 200
MESA, AZ 85210


TIGER INDUSTRIAL RENTALS,
LLC
1870 LOUISIANA ST.
BEAUMONT, TX 77701


TRUST MORTGAGE
10 KEARNEY ROAD 102
NEEDHAM HEIGHTS, MA 02494


U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925


UNITED RENTALS
PO BOX 84514
DALLAS, TX 75284


US BANK NATIONAL
ASSOCIATION DBA US BANK
EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS, MO 63179-0448


VULCAN
PO BOX 849131
DALLAS, TX 75284-9131


WASTE MASTERS OF TEXAS
LLC
PO BOX 1324
MANVEL, TX 77578

WELLS FARGO EQUIPMENT
FINANCE
600 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                $1,800,713.37
   b. Total debts (including debts listed in 2.c., below)         $2,975,864.31
   c. Debt securities held by more than 500 holders

                                                                  Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business: Manufactures and Provides a Variety of Construction Materials and site Work to Commercial and Residential Customers

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name: JUSTICE SAND CO., INC.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors                                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2023
            MM / DD / YYYY

X  /s/ Rush Claxton
Signature of individual signing on behalf of debtor

Rush Claxton
Printed name

President
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **JUSTICE SAND CO., INC.**　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

### DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐　*[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
　　I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑　*[Only include if petitioner is a corporation, partnership or limited liability company]* --
　　I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
05/08/2023　　　　　　　　/s/ Rush Claxton
　　　　　　　　　　Rush Claxton
　　　　　　　　　　President
　　　　　　　　　　EIN No.　7 8 3 0

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
05/08/2023　　　　　　　　/s/ Robert C Lane
　　　　　　　　　　Robert C Lane
　　　　　　　　　　Attorney